Samora v. Poulin et al                                                                    Doc. 5
Case 1:07-cv-00079-PB   Document 5   Filed 04/03/2007   Page 1 of 1


UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Nicholaus Samora</u>

    v.                                                    No. 07-fp-79

<u>Angela Poulin, et al.</u>


**O R D E R**

    Plaintiff's request to proceed <u>in forma pauperis</u> is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $23.80 is due no later than May 20, 2007.  In addition, 20% of each preceding month's income credited to plaintiff's account to be remitted by the New Hampshire State Prison when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid.  Failure to pay the fee as ordered will result in dismissal of the action without prejudice.  In all other respects plaintiff's request for <u>in forma pauperis</u> has been granted.

    This case has been assigned civil number 07-cv-79-PB.

    **SO ORDERED.**

                                          /s/ James R. Muirhead
                                          James R. Muirhead
                                          United States Magistrate Judge

Date: April 3, 2007

cc:    Nicholaus Samora, pro se
        Bonnie S. Reed, Financial Administrator
        New Hampshire State Prison, Inmate Accounts