**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

Nicholaus Samora

    v.                                            Civil No. 07-cv-079-PB

Angela Poulin, et al.

**O R D E R**

The Clerk is ordered to serve the Motion for Preliminary Injunction with the preliminary review Order and Complaint. An evidentiary hearing on the motion will be held on June 6, 2007 at 10:30 a.m. The New Hampshire Correctional Facility is ordered to transport the plaintiff and Harvey Pratt to the hearing.

    **SO ORDERED.**

                                              _/s/ James R. Muirhead_
                                              James R. Muirhead
                                              United States Magistrate Judge

Date: May 8, 2007

cc:   Nicholaus Samora, pro se