### UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF NEW HAMPSHIRE

<u>Nicholaus Samora</u>

    v.                                  Civil No. 07-cv-079-PB

<u>Angela Poulin, et al.</u>

### **O R D E R**

    Plaintiff has filed a "Witness Request List" and "Supplemental Witness Request List" which appear an effort to comply with LR 45.2.  While the rule permits issuance of subpoenas there is no waiver of witness fees and this plaintiff is without funds to pay them.  The Attorney General has complied with reasonable requests to produce witnesses in the past.

    Poulin, Fortier, Cox and Blaisdell are defendants and are alleged to have directly denied plaintiff's constitutional rights.  They should be present.  The issue isn't why Kench responds for the Commissioner so he is not necessary.  Starr is not essential to the alleged denial of plaintiff's rights.

    The "requests" (document nos. 11 and 12) are granted as to

Poulin, Fortier, Cox and Blaisdell and otherwise denied.  The Clerk is ordered to provide the subpoenas for those four people.

    **SO ORDERED.**

_/s/ James R. Muirhead_
James R. Muirhead
United States Magistrate Judge

Date: May 29, 2007

cc:   Nicholaus Samora, pro se
       Andrew B. Livernois, Esq.